UNITED STATES of America,
Plaintiff–Appellee

v.

Narciso VALDEZ, also known as Ramon Torres Morales, also known as Ramon Torres, also known as Chicho, Defendant–Appellant.

No. 14–41010
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 2015.

Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX for Plaintiff–Appellee.

Mark Anthony Perez, Dallas, TX, for Defendant–Appellant.

Narciso Valdez, Bonham, TX, pro se.

Before DENNIS, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Narciso Valdez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Valdez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Valdez's claims of ineffective

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Valdez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.